Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered May 26, 2017) to annul a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.
 

 It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed.
 

 Memorandum: Petitioner commenced this CPLR article 78 proceeding seeking to annul the determination, following a tier III disciplinary hearing, that he violated various inmate rules, including inmate rule 113.10 (7 NYCRR 270.2 [B] [14] [i] [possession of a weapon]). Contrary to petitioner’s contention, we conclude that there is substantial evidence to support the determination that he violated that inmate rule (see Matter of Sanchez v Goord, 300 AD2d 956, 956 [3d Dept 2002]).
 

 Present—Peradotto, J.P., Carni, DeJoseph, Curran and Winslow, JJ.